IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA BRISBANE, et al.,            :

    Plaintiffs                         :        Civil Action No. 02-3584

v.                                   :        Judge Padova

DENYS EVERINGHAM, et al.,            :

    Defendants                         :

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant Service Employees International Union, Local 36 in the above-captioned matter.

_____

Dated: June 27, 2002                 _____
                                                                  Bruce M. Ludwig, Esquire
                                                                  SHELLER, LUDWIG & BADEY, P.C.
                                                                  1528 Walnut Street, 3rd Floor
                                                                  Philadelphia, PA 19102
                                                                  (215) 790-7300
                                                                  Fax: (215) 546–0942
                                                                  Attorneys for Defendant Local 36

-2-

## CERTIFICATE OF SERVICE

I, Bruce M. Ludwig, Esquire, hereby certify that I served the attached Notice of Appearance upon the following by telecopier and first class mail on this date:

>Charles F. Szymanski, Esquire
>MARKOWITZ & RICHMAN
>121 S. Broad Street
>1100 North American Building
>Philadelphia, PA 19107
>(215) 875-3100
>Attorneys for Plaintiffs

>Theodore M. Lieverman, Esquire
>SPECTOR, ROSEMAN & KODROFF, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19106
>(215) 496-0300
>Attorneys for Defendant Denys Everingham

>_____
>Bruce M. Ludwig

Dated:     June 27, 2002

F:\WPDATA\BML\SEIU\Local36\pleadings\EntryofAppearance.wpd

-3-

Case 2:02-cv-03584-JP    Document 6    Filed 06/27/2002    Page 3 of 3