IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA BRISBANE, ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DENYS EVERINGHAM, ET AL. | : | NO. 02-3584 |

NOTICE OF HEARING

    AND NOW, this 13th day of August, 2002, please take note that a

    [ ] preliminary pretrial conference
    [ ] final pretrial conference
    [ ] settlement conference
    [x] status conference re Motion for Preliminary Injunction

in the above-captioned case will be held on August 15, 2002 at 1:30 p.m. before the **Honorable John R. Padova.** This conference will be held

    [ ] in chambers, Room 6614
    [x] by telephone*
        *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:             or    BY THE COURT:

BY: _____            _____
    Gerrie M. Keane                      JOHN R. PADOVA,    J.
    Deputy Clerk

cc: Theodore M. Lieverman, Esquire
    Charles F. Szymanski, Esquire
    Bruce M. Ludwig, Esquire