IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA BRISBANE, ET AL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| DENYS EVERINGHAM, ET AL | : | NO. 02-3584 |

ORDER

_____AND NOW, this 2nd day of October, 2002, IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction (Doc. No. 2) is DISMISSED without prejudice.[1]

BY THE COURT:

_____
JOHN R. PADOVA,        J.

---

[1] The parties have reported that active and productive settlement discussions are underway. Plaintiff may renew their Motion for Preliminary Injunction on or before October 30, 2002.